JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, <br><br> Plaintiff, <br><br> v. <br><br> BRENTWOOD MAILBOX CENTER INC., a California Corporation <br><br> Defendants. | Case No.: 2:20-cv-09599-JFW-AGR <br><br> **ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: December 9, 2020  _____
HONORABLE JOHN F. WALTER
United States District Judge